# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| THERESA BRADLEY | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 5:07-CV-463-HL |
| KAREN HANDEL, individually, & | : | |
| SONNY PERDUE, individually | : | |
| Defendants. | : | |

# ORDER

Before the Court is Plaintiff's response (Doc. 4) to the Order (Doc. 3) entered by this Court on December 11, 2007. In that Order, the Court requested that the Plaintiff fully complete the in forma pauperis form ("IFP form") that is typically used by this Court because this Court's IFP form is more thorough and comprehensive than the one Plaintiff submitted. In her response, Plaintiff states that the form she submitted is the IFP form that is listed on the website for the United States Courts, and therefore, she should not have to fill out this Court's IFP form. See www.uscourts.gov.

It is well-established that district courts have "wide discretion" in considering motions to proceed IFP under 28 U.S.C. § 1915. See Martinez v. Kristi Kleaners, Inc., 364 F.2d 1305, 1306 (11th Cir. 2004). This discretion, however, can only be properly exercised if the

court has sufficient financial information from a plaintiff seeking to proceed IFP. See id. at 1307-08. Accordingly, a district court can require that a plaintiff supplement their IFP form with additional financial information to assist the court in making its IFP determination. See id. at 1308.

In support of her argument against filling out this Court's IFP form, Plaintiff incorrectly asserts that the IFP form found on the United States Courts's website is the same form used by this Court. Clearly, the form used by this Court requires more detailed financial information than the form Plaintiff has submitted. After reviewing the Plaintiff's IFP form, this Court found that it could not make a proper IFP determination without more of Plaintiff's financial information, and therefore, this Court requested that Plaintiff fill out the IFP form that this Court uses. Because this Court finds that the financial information provided by Plaintiff is insufficient to provide an adequate basis for an IFP determination, Plaintiff is, again, ordered to fill out this Court's IFP form if Plaintiff wants to proceed IFP. Plaintiff shall have twenty (20) days from the date of her receipt of this Order to fully complete the motion and affidavit or to pay the entire filing fee. There shall be no service of process in this case until further order of the Court.

**SO ORDERED**, this the _27th___ day of December, 2007.

/s/ Hugh Lawson
**HUGH LAWSON, Judge**

dhc